PEGGY A. MORRIS
Certified Court Reporter
P. O. Box 747
Belton, Texas 76513
(254) 933-5788

October 15, 2015

3rd Court of Appeals
Mr. Jeffrey D. Kyle, Clerk
Criminal Division
Price Daniel Building
Room 101
P. O. Box 12547
Austin, Texas 78711-2547

In Re: No. 67764
COA No. 03-15-00549-CR
Ronny Gene Smith

Dear Mr. Kyle

I have received a notice of appeal in the above-referenced cause. Please be advised that there were no court proceedings held in this cause number in the 426th Judicial District Court since June 10, 2011. I did not report any hearing that may have been held on July 23, 2015; therefore, there is no record to be transcribed in this cause number.

I am attaching a copy of the court's docket sheets in the above-referenced cause number for your convenience.

Respectfully yours,

Peggy A. Morris

Enclosures
Cc:     Mr. Odom

# JUDGE'S DOCKET

|  | 67,764 |  |
|---|---|---|
|  | **Style of Case** | **Attorneys** |
|  | THE STATE OF TEXAS | _Stringle v Newell_ |
|  | VS. |  |
|  |  |  **Prosecutor** |
|  | _Ronnie Gene Smith_ | _White & Smith_ |
|  |  | **Defendant** |
|  |  | ARR:     PT: |

| Date of Orders | Orders of Court |
|---|---|
| 5/25/11 | State rests – break @ 3:50p – resume @ 4:12p – D rests – recess jury @ 4:16p – resume @ 4:40p – charge conference – deny D's request for requested instructions – recess p _[signature]_ |
| 5/26/11 | Resume – rep't charge – hearing on D's mtn [Direct Dt'] argument – pooled jury in @ 9:12a – charge read – S Newell argues @ 9:22a – 9:32a, M White argues 9:32a – 9:44a – S Stringle argues 9:44a – 9:51a – jury out – jury in @ 11:05 – D found G – recess – resume @ 11:40a – enhancement read – D pleads T to 3 prior felony convictions – St calls Tammy Bracewell – Stipulation as SX's Ex #44 & 45 admitted – SX 46, 47 & 48 (judgments) admitted – SX's Ex #49, 50, 51 (felony judg) admitted – State rests – D rests – recess @ 12:45p – resume @ 1:05p – admonish D on plea of T – charge conference – jury in @ 1:39p – charge read – Newell argues 1:48p – M White 1:53 – S Stringle 1:56 – jury out @ 2p – jury in @ 2:25p – 60 yrs TDCJ – jail credit from 9/3/10 to present [266 days] oral notice of appeal – D advised re: appeal. _[signature]_ |
| 6/10/11 | Atty & D appear on counsel's mtn to dismiss & counsel Temp ceded – credit from 3/9/11 – grant White / D Smith's mtn to cease – appt atty on appeal. _[signature]_ |

SCAN

# JUDGE'S DOCKET

| | | |
|---|---|---|
| | **67764** | |
| | **Style of Case** | **Attorneys** |
| | THE STATE OF TEXAS | Stimple & Newell |
| | VS. | **Prosecutor** |
| | Ronnie Gene Smith | M White & A Smith **Defendant** |
| | | ARR: PT: |

| Date of Orders | Orders of Court |
|---|---|
| 5/24/11 | (continued) - Bracewell - ST's Ex #39 (consent @ search) admitted - Denied D's [motion to suppress] - jury in @ 9:45a - White [reads] Officer Merris - Stimple calls Priscilla Thomas - swear Amy Norman as interpreter - break - [resume] reserve - recess for lunch @ 12 - resume @ 12:20p - Smith invokes the Rule - jury in - witness sworn - St calls Junior McCormick Bert M. Crane - SV's Ex #1 (video) admitted - Steven Ennis - SV's Ex #18 (D's [search]) ID'd - SV's Ex #9 (photo/phone) + #20 (cell phone + [call from hotel room]) admitted - SV's Ex #21 (lighter) admitted - recess - resume by Officer Ennis - St calls Brandy Henderson - SV's Ex #24 (shirt) + SV's Ex #25 (shirt) ID'd - St calls Brandon Crisfield - SV's Ex #22 (shoes) admitted - St calls Paula Wilson - SV's Ex #8 (SANE exam) admitted - SV's Ex #9, 10, 11 + 12 (photos) admitted - SV's Ex #15 (SANE box) ID'd - SV's Ex #7 (dress) ID'd - recess @ 5p + [adj] |
| 5/25/11 | Attys + D appear - deny D's request for continuance - jury in @ 9:30a - SV calls Tommy Bracewell - SV's Ex #26-34 (photos) admitted - SV's Ex #40 (photo) admitted - SV's Ex #23 (blue pants) admitted - SV's Ex #24 + 25 (shirt) admitted - break - resume @ 10:40a - resume by Bracewell - St calls Monroe Herring - SV's Ex #7 (dress) + SV's Ex #15 (SANE box) (including 15A, 15B, 15C) + SV's #18 (swab) admitted - St calls Priscilla Thomas - recess @ 11:45a - resume @ 1:05 - St calls Priscilla Thomas - St calls Platzlaff - SV's Ex #37 (lab report) admitted - break - St calls Serena Thoril - SV's Ex #38 (DNA report) admitted - SV's Ex #41 (lab number) admitted - SV's Ex #42 (lab #) admitted - SV's Ex #43 (swab) ID'd - (cont) |

# JUDGE'S DOCKET

| Cause Number 67764 - E | Type of Case SEXUAL ASSAULT | |
|---|---|---|
| **Style of Case** | **Attorneys** | |
| THE STATE OF TEXAS | | |
| VS. | STRIMPLE, SHELLY | Prosecutor |
| RONNIE GENE SMITH | WHITE, MICHAEL | Defendant |
| IND: 03/09/11  CRT: 426 | ARR:  PT: | |

| Date of Orders | Orders of Court |
|---|---|
| 3/11/11 | *Warrant Denie - bond set @ $100,000* (illegible signature) |
| 4/5/11 | JUDGE: *(signature)* — COURT REPORTER: *(illegible)* — STATES ATTORNEY: *S Strimple* — DEFENSE ATTORNEY: *M White* — OFFENSE CONVICTED: ___ — DEGREE: ___ — DEADLY WEAPON FINDING: ___ — *Δ o dlp appear on WHC/Bond - Δ bstfica - denied.* (illegible signature) |
| 5/23/11 | JUDGE: *(signature)* — COURT REPORTER: *(illegible)* — STATES ATTORNEY: *Strimple & Napoll* — DEFENSE ATTORNEY: *White & C Smith* — OFFENSE CONVICTED: *sex assault* — DEGREE: *2 enhanced to 1st* — DEADLY WEAPON FINDING: *Ø* — *Δ's atty appear for JT - pretrial hearing - deny Δ's mtn/continuance - Δ requests shuffle - granted - jury panel seated - St begins voir dire @ 11:30a - recess for lunch - reconv @ 2:30p - M White voir dire - jury impanelled & sworn @ 4:05p - Δ pleads NG - Strimple's opening stmt - White reserves - Strimple calls Armando Cristo & Thomas Nevins - St's Ex #6 (shoes) admitted - St's Ex #2-5 (photos) admitted - St's Ex #9 (photo) ~~admitted~~ St IDd - recess for day.* (illegible signature) |
| 5/24/11 | *Hearing on mtns in limine - stipulation to sexual assault exam - Strimple calls Tammy (cont'd)* |